IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Reid Jr, Russell M

Printed: 01/13/09

Case Number: 04 B 46849
Judge: Wedoff, Eugene R
Filed: 12/21/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 22, 2008
Confirmed: March 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 70,664.00 |  |
| Secured: |  | 2,300.00 |
| Unsecured: |  | 51,467.47 |
| Priority: |  | 12,794.90 |
| Administrative: |  | 520.00 |
| Trustee Fee: |  | 3,549.63 |
| Other Funds: |  | 32.00 |
| Totals: | 70,664.00 | 70,664.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Jeffrey K Gutman Esq | Administrative | 520.00 | 520.00 |
| 2. | Internal Revenue Service | Secured | 2,300.00 | 2,300.00 |
| 3. | Internal Revenue Service | Priority | 12,794.90 | 12,794.90 |
| 4. | Internal Revenue Service | Unsecured | 7,066.34 | 12,204.41 |
| 5. | Educational Credit Management Corp | Unsecured | 21,248.94 | 36,699.44 |
| 6. | ECast Settlement Corp | Unsecured | 911.31 | 1,573.94 |
| 7. | Illinois Dept of Revenue | Unsecured | 353.12 | 609.88 |
| 8. | ECast Settlement Corp | Unsecured | 219.91 | 379.80 |
| 9. | Educational Credit Management Corp | Unsecured | 21,413.59 | 0.00 |
| 10. | Capital One | Unsecured |  | No Claim Filed |
| 11. | Sallie Mae | Unsecured |  | No Claim Filed |
| 12. | Lakeshore Athletic Club | Unsecured |  | No Claim Filed |
| 13. | Orchard Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 66,828.11 | $ 67,082.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 306.96 |
| 3% | 119.40 |
| 5.5% | 1,054.08 |
| 5% | 190.74 |
| 4.8% | 652.80 |
| 5.4% | 1,130.23 |
| 6.5% | 95.42 |
|  | $ 3,549.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Reid Jr, Russell M | Case Number: 04 B 46849 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/13/09 | Filed: 12/21/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

      Marilyn O. Marshall, Trustee, by:

